UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Cr. No. 19-305 |
| | ) |
| vs. | ) |
| | ) |
| VIKAS JAIN | ) |

**OPINION**

Now pending before the court is a pro se motion filed by defendant Vikas Jain ("Jain") seeking the return of his passport (ECF No. 35). The government filed a response (ECF No. 29), and the motion is ripe for disposition.

Jain's motion is very short and explains only: "I have a family need to travel overseas." (ECF No. 35). The government points out, correctly, that Jain did not describe where he wants to travel, when, with whom, how long, or provide any details about the "family need." The government represents that Jain's passport is currently possessed by the United States Department of State. The government objects to Jain's personal possession of his passport and objects to any international travel that is not preapproved by the probation office. As a general matter, the government does not oppose the return of Jain's passport to be maintained in the custody of the probation office or Jain's ability to travel for a specific purpose approved in advance by the probation office.

The court agrees with the government's position. While Jain remains on supervised release, his ability to travel outside the country is subject to oversight by the probation office. Jain's current motion does not provide sufficient details to justify his travel request and, therefore, the motion will be denied without prejudice. The court encourages Jain to cooperate with the probation officer to seek approval for his travel and for the probation office to obtain his passport from the State Department.

Conclusion

       For the reasons set forth above, the pro se motion filed by defendant Vikas Jain seeking the return of his passport (ECF No. 35) will be denied without prejudice.

       An appropriate order follows.

Dated:  March 24, 2022

                                                 By the Court,

                                                 /s/ Joy Flowers Conti,
                                               Joy Flowers Conti
                                             Senior United States District Judge